No. 94–5074. VINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–5075. DUNCAN *v.* DEL GROSSO ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–5076. PALOMINO-PEREZ *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–5077. PETERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5078. GARCIA QUINTANIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5079. LLOYD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5080. ROGERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5081. LUTCHER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5082. RAMIREZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5084. RICCIARDI *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–5085. MACIAS *v.* RAUL A. ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5086. LEWIS *v.* SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY, ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 94–5087. CROSBY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–5088. BRYAN *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 94–5089. MCINTYRE *v.* LEAVITT ET AL. C. A. 9th Cir. Certiorari denied.